UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RITA GRENIER and EDWIN GRENIER, Individually and on behalf Of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GRANITE STATE CREDIT UNION, DOES 1 THROUGH 5,<br><br>  Defendants. | Civil Action No: 1:21-cv-00534-LM |

**<u>JOINT MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT</u>[1]**

  Plaintiffs Rita Grenier and Edwin Grenier (collectively the "Plaintiffs") and defendant Granite State Credit Union jointly move this Court for final approval of the proposed class action settlement reached between Plaintiffs and Granite State Credit Union (together, the "Parties"). The Parties request, pursuant to Fed. R. Civ. P. 23 (b) (3), that the Court finally approve, for settlement purposes only, the preliminary approved proposed Settlement Class, (ECF. No. 41). No class member has opted out of the settlement by the deadline to do so and the parties are unaware of objections to the Settlement.

  As explained in the separate memorandum of points and authorities submitted concurrently by the Parties, all the requirements for final approval of the proposed class action settlement are satisfied. Therefore, the Parties respectfully ask this Court to: 1) certify the settlement class; 2) finally approve the Parties' proposed class action settlement agreement as fair, adequate,

---

[1] On October 16, 2023, Plaintiffs filed a motion to extend the time for filing the within motion but said motion has not yet been ruled upon.

reasonable; and 3) enter final judgment. The Parties respectfully request oral argument not to exceed 45 minutes.

A proposed order is submitted herewith.

Date:  October 20, 2023                                    Respectfully Submitted,

By: /s/ Christine M. Craig

Christine M. Craig, Esq., NH Bar No. 12842
CCraig@ShaheenGordon.com
**Shaheen & Gordon PA**
353 Central Ave, Ste 200
Dover, NH 03821

Elaine S. Kusel, NJ Bar No. 319302020 (*pro hac vice*)
esk@mccunewright.com

**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt, APC**
One Gateway Center, Suite 1500 Newark, NJ 07102
Telephone: (973) 888-1203
Facsimile: (909) 557-1275

Richard D. McCune, CA Bar No. 132124*
rdm@mccunewright.com
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt, APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1275
Facsimile: (909) 557-1275

*Attorneys for Plaintiffs Rita and Edwin Grenier, and the Putative Class*

*/s/ Bryan E. Curry*
Bryan E. Curry, *admitted Pro Hac Vice*
**Litchfield Cavo, LLP**
303 W. Madison, Suite 300
Chicago, IL 60606
(312) 781-6571 (direct)
(312) 781-6630 (fax)
curry@litchfieldcavo.com

*/s/ Bethany P. Minich*
Bethany P. Minich, Esquire
N.H. Bar # 265413
**Litchfield Cavo LLP**
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500
minich@litchfieldcavo.com
*Attorneys for Defendant Granite State Credit Union*

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion has been served upon all counsel of record via filing through Court ECF system.

*/s/ Christine M. Craig*

Christine M. Craig

3